UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CAMILLE BYLO LEWIS,<br><br>　　　　　　Petitioner,<br>　v.<br>STATE OF NEVADA,<br><br>　　　　　　Respondents. | Case No. 2:13-cv-00757-MMD-VCF<br><br>ORDER |

This is a habeas action initiated by a Nevada state prisoner (*see* dkt. no. 1). On July 24, 2014, the Court provisionally appointed the Federal Public Defender to represent petitioner (dkt. no. 2). On August 25, 2014, Jason F. Carr of the Federal Public Defender's Office appeared on behalf of petitioner (dkt. no. 4). The Court now sets a schedule for further proceedings in this action.

It is therefore ordered that the Federal Public Defender is formally appointed to represent petitioner. Counsel for petitioner shall meet with petitioner as soon as reasonably possible, if counsel has not already done so, to: (a) review the procedures applicable in cases under 28 U.S.C. § 2254; (b) discuss and explore with petitioner, as fully as possible, the potential grounds for habeas corpus relief in petitioner's case; and (c) advise petitioner that all possible grounds for habeas corpus relief must be raised at this time in this action and that the failure to do so will likely result in any omitted grounds being barred from future review.

Case 2:13-cv-00757-MMD-VCF   Document 6   Filed 10/06/14   Page 2 of 2

It is further ordered that petitioner shall have one hundred twenty (120) days from the date of entry of this order, to file and serve on respondents an amended petition for writ of habeas corpus, which shall include all known grounds for relief (both exhausted and unexhausted).

It is further ordered that respondents shall have thirty (30) days after service of an amended petition within which to answer, or otherwise respond to, the amended petition.

It is further ordered that if and when respondents file an answer, petitioner shall have thirty (30) days after service of the answer to file and serve a reply.

It is further ordered that any state court record exhibits filed by the parties herein shall be filed with an index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments that are filed shall further be identified by the number or numbers (or letter or letters) of the exhibits in the attachment. The hard copy of any exhibits filed by either counsel shall be delivered — for this case — to the Clerk's office in Reno.

It is further ordered that petitioner is cautioned that failure to file an amended petition will result in the dismissal of this action.

DATED THIS 6th day of October 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2