UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CAMILLE BYLO LEWIS,<br><br>                    Petitioner,<br>    v.<br>STATE OF NEVADA, *et al.*,<br><br>                    Respondents. | Case No. 2:13-cv-00757-MMD-VCF<br><br>ORDER |

Camille Bylo Lewis's first-amended 28 U.S.C. § 2254 habeas corpus petition is before the Court on motions for extension of time by both parties. Good cause appearing, the Court grants both motions.

It is therefore ordered that Respondents' motion for extension of time to file an answer to the Petition (ECF No. 34) is granted *nunc pro tunc*.

It is further ordered that Petitioner's motion for extension of time to file a reply in support of the answer (ECF No. 37) is granted. Petitioner must file the reply on or before July 31, 2019.

DATED THIS 26th day of June 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE