# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CAMILLE BYLO LEWIS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　Defendants. | 2:13-cv-00757-MMD-VCF<br><br>**ORDER** |

　　　Before the court is Camille Bylo Lewis' Unopposed Motion for Extension of Time in Which to File a Reply to Respondents' Answer (ECF No. 39).

　　　Accordingly,

　　　IT IS HEREBY ORDERED that a hearing on the Unopposed Motion for Extension of Time in Which to File a Reply to Respondents' Answer (ECF No. 39) is scheduled for 10:00 AM, August 6, 2019, in Courtroom 3D.

　　　DATED this 1st day of August, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE