UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CAMILLE BYLO LEWIS,<br><br>              Petitioner,<br>   v.<br>STATE OF NEVADA, *et al.*,<br><br>              Respondents. | Case No. 2:13-cv-00757-MMD-VCF<br><br>ORDER |

Before the Court are Petitioner Camille Bylo Lewis' motions for extension of time (ECF Nos. 45, 46). The Court finds good cause to grant the motions.

It is therefore ordered that Petitioner's two motions for extension of time to file traverse/reply in support of the petition (ECF Nos. 45, 46) are both granted *nunc pro tunc*.

DATED THIS 1st day of October 2019.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE